McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0146-WBS |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: September 16, 2019 |
| JUAN FRANCISCO NUNEZ-ROMAN, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

Plaintiff United States of America, through its respective counsel, and defendant Juan Francisco Nunez-Roman, through his counsel of record, stipulate that the status conference now set for September 16, 2019, be continued to October 21, 2019, at 9:00 a.m.

On August 29, 2019, Mr. Nunez-Roman was arraigned on the two-count Indictment in this case. (ECF Nos. 12, 14.) At the arraignment, the government produced to defense counsel discovery that included 227 pages of reports, memoranda, and photos, as well as several audio and video recordings. In addition, in the coming days, the government will be producing two supplemental laboratory reports that confirm the chemical composition of the controlled substances seized from the defendant's car on the day of his arrest. Defense counsel will require time to review these new discovery materials, as well as the materials already produced, time to discuss them with his client, time to conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial.

///

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

1

Based on the foregoing, the parties stipulate that the status conference currently set for September 16, 2019, be continued to October 21, 2019, at 9:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including September 9, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: September 9, 2019 　　　　　　　　　　　　*/s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: September 9, 2019 　　　　　　　　　　　　*/s/ THD for Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
*Attorney for Defendant Juan Nunez-Roman*

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

2

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including October 21, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the September 16, 2019 status conference be continued until October 21, 2019, at 9:00 a.m.

Dated: September 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE